## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Patrick Walsh, III, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 2018 C.D. 2015 |
| | : | No. 2558 C.D. 2015 |
| Department of Human Services, | : | |
| Respondent | : | |

## **O R D E R**

NOW, August 26, 2016, upon consideration of petitioner's application for reconsideration, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge